United States District Court
Southern District of Texas

**ENTERED**
November 13, 2015
David J. Bradley, Clerk

1007-20085

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NOV 13 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| O.W. Bunker North America, Inc. § § *Plaintiff,* § § v. § § M/V FORTITUDE, IMO NO. 9402079, § its engines, machinery, tackles, appurtenances, § apparel, etc. *in rem,* § § *Defendant* § | Civil Action No. 4:15-cv-3355<br><br>Rule 9(h) – Admiralty |

## WARRANT TO SEIZE A VESSEL

TO: The United States Marshal

You are commanded immediately to arrest the M/V FORTITUDE (IMO No. 9402079), her equipment, and appurtenances, and to serve a copy of the Complaint, Order to Seize a Vessel, and this Warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

CLERK OF COURT

Dated: 11.13.15        By: /s/ *signature*
                            Deputy Clerk