1007-20085                                                                                                          1159199

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| O.W. Bunker North America, Inc. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civ. Action No. 4:15-cv-3355 |
| v. | § | |
| | § | Rule 9(h) – Admiralty |
| M/V FORTITUDE, IMO NO. 9402079, | § | |
| its engines, machinery, tackles, appurtenances, | § | |
| apparel, etc. *in rem*, | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF VESSEL RELEASE

**MAY IT PLEASE THE COURT:**

1. As O.W. Bunker North America, Inc.'s invoice no. 211-10118 (Rec. Doc. 1-1) has now been satisfied, O.W. Bunker North America, Inc. authorizes the United States Marshal to release from arrest the M/V FORTITUDE pursuant to this Court's Order, Docket No. 2.

2. O.W. Bunker North America, Inc. agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest of the M/V FORTITUDE.

Respectfully submitted,

*/s/ Salvador J. Pusateri*
Salvador J. Pusateri, T.A. (TX # 24072867)

>PUSATERI, BARRIOS, GUILLOT &
>GREENBAUM, LLC
>1100 Poydras Street, Suite 2250
>New Orleans, LA 70163
>Telephone: (504) 620-2500
>Facsimile: (504) 620-2510
>Salvador.Pusateri@pbgglaw.com
>Attorney for O.W. Bunker North America,
>Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of November, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

       */s/ Salvador J. Pusateri*